THOMAS R. BURKE (CA State Bar No. 141930)
thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599

THOMAS R. BURKE (CA State Bar No. 141930)
thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800ss
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599

KATHERINE M. BOLGER (*pro hac vice* forthcoming)
katebolger@dwt.com
JOHN M. BROWNING (*pro hac vice* forthcoming)
johnbrowning@dwt.com
KATHLEEN E. FARLEY (*pro hac vice* forthcoming)
kathleenfarley@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Facsimile:  (212) 489-8340

Attorneys for Non-Party Journalist
Ryan Mac

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VERNON UNSWORTH, | Case No. CV 19 80 224 MISC |
| Plaintiff, | (C.D. Cal. No. 18-cv-08048-SVW-JC) |
| vs. | **DECLARATION OF RYAN MAC IN SUPPORT OF MOTION TO QUASH SUBPOENA ISSUED FROM A CIVIL CASE PENDING BEFORE THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND SERVED ON NON-PARTY JOURNALIST RYAN MAC** |
| ELON MUSK, | |
| Defendant. | Hearing Date:  October 18, 2019 |
| | Hearing Time: 9:00 a.m. |

FILED

SEP 13 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

*DAVIS WRIGHT TREMAINE LLP*

1    I, RYAN MAC, declare under penalty of perjury pursuant to the laws of the United States

2    of America:

3    1.    I am a reporter for BuzzFeed News ("BuzzFeed") and am based in BuzzFeed's San

4    Francisco office.  I make this declaration based on my personal knowledge and submit this

5    declaration, together with the exhibits annexed hereto, in support of the accompanying motion to

6    quash subpoenas (the "Subpoenas") that were served on me by plaintiff Vernon Unsworth and

7    defendant Elon Musk in an action currently pending before the United States Court for the Central

8    District of California.  *Unsworth v. Musk*, Case No. 18-cv-08048-SVW-JC (C.D. Cal.) (the

9    "Defamation Action").  I am not a party to the Defamation Action.

10    2.    On June 21, 2018, BuzzFeed published an article that I wrote with two other

11    BuzzFeed reporters entitled "Elon Musk Has Always Been at War with the Media" (the "Musk at

12    War" Article),  a true and correct copy of which is annexed hereto as Exhibit A.

13    3.    On August 29, 2018, BuzzFeed published an article I wrote entitled "The Cave

14    Rescuer Elon Musk Called A 'Pedo' Has Lawyered Up And Is Preparing A Libel Claim" (the

15    "August 29 Article"), a true and correct copy of which is annexed hereto as Exhibit B.

16    4.    On September 4, 2018, BuzzFeed published an article I wrote entitled "In a New

17    Email, Elon Musk Accused a Cave Rescuer of Being a 'Child Rapist' and Said He 'Hopes'

18    There's a Lawsuit (the "September 4 Article"), a true and correct copy of which is annexed hereto

19    as Exhibit C.

20    5.    The September 4 Article republishes two emails that Musk sent me on August 30,

21    2019.  As the September 4 Article reports, the first email was not "off the record" because

22    "BuzzFeed News did not agree to that condition of the correspondence" and the second email was

23    not "on background" because "BuzzFeed News again did not agree to those terms."

24    6.    I have never spoken with Musk (either in person or telephonically).  Upon information

25    and belief, all of my written communications with Musk are available to Musk.

26    I declare under penalty of perjury under the laws of the United States of America that

27    the foregoing is true and correct.  Executed this 12th day of September, 2019 at San Francisco,

28    California.

-1-

DECL. OF RYAN MAC IN SUPPORT OF MOTION TO QUASH
Case No.

DAVIS WRIGHT TREMAINE LLP

1

2

3                                                   Ryan Mac

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

-2-

# EXHIBIT A



BuzzFeed News REPORTING TO YOU

Tyler Comrie for BuzzFeed News

TECH

# Elon Musk Has Always Been At War With The Media

Some say Musk's paranoia and late-night Twitter rants reveal a billionaire cracking under pressure. But those who know him best say this is nothing new.

 **Caroline O'Donovan**
BuzzFeed News Reporter

 **Charlie Warzel**
BuzzFeed Staff

 **Ryan Mac**
BuzzFeed News Reporter

Posted on June 21, 2018, at 6:34 p.m. ET

**No one lectures Elon Musk.** In April, the head of the National Transportation Safety Board discovered this after a call about his organization's investigation into one of Tesla Motors' autopiloted vehicles devolved into a heated exchange, leading the billionaire entrepreneur to hang up on the federal regulator. That fiery interaction eventually leaked to the press and ricocheted around the internet as further evidence that Musk was losing it.

As BuzzFeed News has learned, it wasn't even the first time that Tesla's CEO had gone off on a federal organization investigating one of his companies. Yet taken together with his other antics and problems of

2018, the shocking behavior was viewed by some pundits as a prime example of Musk <u>cracking under pressure</u>.

But the thing is: None of this is new for Musk. He has always been the architect of his own image and has long run roughshod over journalists and his own communications team alike. In interviews with BuzzFeed News, nine people who previously worked with Musk, and who requested anonymity to preserve their personal and professional relationships, said that while the level of scrutiny on the CEO may be new, his behavior is not. What we are seeing is less a crack in his well-being than his facade. It is Elon unbound.

In response to questions from BuzzFeed News, a Tesla spokesperson said, "This sounds like a very exciting story and we can't wait to read it. Buzzfeed is the best!"

## "This sounds like a very exciting story and we can't wait to read it. Buzzfeed is the best!"

Undeniably, the pressure is on. Tesla, one of three companies the 46-year-old Musk runs, has been beset by problems. It is behind on production of its latest car, the Model 3; the short interest in its stock totals

more than $13 billion; and news outlets, including this one, have asked questions about its treatment of factory workers, lax safety measures, and Autopilot technology that doesn't quite live up to its name.

In reaction, Musk has gone on the offensive, lashing out in public at his perceived enemies — largely in the press. "The holier-than-thou hypocrisy of big media companies who lay claim to the truth, but publish only enough to sugarcoat the lie, is why the public no longer respects them," Musk said on Twitter last month during a spat of bad press, which he dismissed as the merely the result of a bankrupt media ecosystem. "Problem is journos are under constant pressure to get max clicks & earn advertising dollars or get fired," he tweeted.

During an earnings call, he told financial analysts their questions were "boring" and took questions from a YouTube personality instead. On Twitter, he has attacked journalists, accused his critics in the media of being in a Big Oil conspiracy, and threatened to start a public ranking of news organizations ironically named after a former Soviet Union propaganda publication. A tweet about union organizing at Tesla's California car factory landed him in hot water with both a member of Congress and the National Labor Relations Board, while his rogue hang up on the NTSB in April led to the regulator removing the company from any involvement in the

investigation. More recently, he launched an investigation into alleged <u>sabotage by a Tesla employee</u>, who the company is now <u>suing</u>.

"As you know, there are a long list of organizations that want Tesla to die," Musk wrote in an all-staff email, in which he announced an "in depth" investigation and implored employees to "be extremely vigilant" of "anything suspicious" in the workplace.

Combined, these events prompted speculation about whether or not the billionaire CEO was <u>losing control</u> and invited inevitable comparisons to another wealthy leader with a <u>predawn Twitter habit</u>.

Musk has long raged in private at perceived enemies, especially in the media. His short temper and outbursts have long been legend inside Tesla and SpaceX headquarters, according to multiple current and former employees. "It doesn't strike me as some drastic change in his personality," said one former employee. "The people who are saying this is how he's always been are correct," said another.

What's changed is simply that Musk's profile has risen while his staff's ability to keep him in check has waned. As pressure continues to mount and Musk sheds the executives who once provided advice and insulation, he's no longer just the Mars-bound genius

with a promising electric car company. Depending on who you ask, he's an icon, an environmental champion, or an attention-hungry micromanager, wielding Steve Jobs–level influence in 280-character Twitter diatribes, occasional public appearances, or mocking conference calls with analysts. But no matter which Elon you choose, it's become more apparent that there's no one who can rein him in.

For example, in June 2016 the National Highway Traffic Safety Administration had contacted Tesla as a courtesy heads-up that it would be announcing an investigation into a May crash that killed the driver of a Model S sedan on Autopilot. It was the kind of call that, at most companies, would require executive restraint and sensitivity. Musk was not originally supposed to be on the call with NHTSA officials, Tesla's general counsel, and the head of its Autopilot team, but chimed in as the conversation got underway. It was unfair that NHTSA was targeting his company, he said, noting that skeptics would just use the public investigation as evidence that Tesla was in trouble.

After failing to convince the government officials to keep their investigation private and forgo their announcement scheduled for the next day, Musk went ballistic and embarked on a profanity-laced tirade. He threatened to sue NHTSA for what he saw as unfair

scrutiny and then abruptly disconnected the phone, leaving the people left on the line shocked.

"I couldn't believe it," said a former Tesla employee familiar with the call.

*Joshua Lott / Getty Images*

## "Incredibly Insulted" Musk

**According to those** who have worked closely with him, Musk's recent public outbursts may have less to do with a desire to be a media critic and more to do with a long-standing business strategy, where he's leveraged his popularity for press coverage for years. His moonshot ideas, unfiltered chatter with reporters, and direct engagement with customers have won him a legion of adoring fans.

"Historically, we have been able to generate significant media coverage of our company and our vehicles, and we believe we will continue to do so," read one recent Tesla financial filing, alluding to its CEO's cult of personality. "To date, for vehicle sales, media coverage and word of mouth have been the primary drivers of our sales leads and have helped us achieve sales without traditional advertising and at relatively low marketing costs."

Indeed, Musk has always paid close attention to coverage of himself and his companies. In the early days of Tesla, he bristled when media coverage shunned him in favor of then-CEO Martin Eberhard. Emails dating back to 2006 show that even then, as a successful two-time founder of online local directory startup Zip2 and online payments firm PayPal, he was conscious of his public perception. In one email, he told Tesla's earlier PR team that he was "incredibly insulted" when a New York Times story about the company failed to mention him.

## In 2009, he called a New York Times contributor "a huge douchebag and an idiot."

What rankles Musk the most, according to former communications employees, is anything he perceives to be inaccurate reporting — which is frequently a stand-in for any coverage that isn't positive. Former

employees remember him being easily angered and "extraordinarily vindictive," no matter how small the outlet or tempered the critique.

In 2009, he called a Times contributor "a huge douchebag and an idiot" in an interview for penning a piece that asked why taxpayer-backed federal loans should be used to help what was then a struggling car manufacturer. The following year, Musk wrote an essay, published in Business Insider and other outlets, comparing a reporter for VentureBeat to disgraced journalist Jayson Blair for writing about how his divorce could materially affect Tesla's business and should have been disclosed in its initial public offering documents.

Yet as Musk's celebrity grew he realized he no longer needed to go to news outlets to dispute negative stories. Musk has invested in building a relationship with his fans for years. He could take publications to task in company blog posts, sometimes directly drafting responses for Tesla or SpaceX himself, according to his communications staffers. Meanwhile, Twitter — where he started an account in 2009 — has become an ideal platform for activating his army of supporters. "He's so well-known that anything he says is reported upon and analyzed," said a person who's worked with him.

In 2013, Musk tweeted that a Times <u>review</u> that said Tesla car batteries die faster in cold weather was <u>"fake,"</u> and published a detailed blog post refuting its points. A former employee (who didn't work for Musk at the time) remembered thinking he had been "publicly very aggressive" toward the reporter, John Broder, and the Times, whose own public editor later found issues with the piece.

That same year, Musk also raged over news stories about Tesla car battery fires. From Musk's <u>perspective</u>, former employees said, the number of Tesla battery fires was relatively minuscule in comparison to the total number of car fires per year, which <u>number somewhere around 170,000</u>. The perceived discrepancy in scrutiny "deeply frustrated" Musk, one former staffer said, and he <u>focused that frustration on the media</u>, much in the same way as he's doing now.

This pattern has continued over the last few years. In 2015, Musk called a Wall Street Journal <u>story</u> on employee churn at Tesla <u>"asinine"</u> during a press conference in Detroit. After a story about Tesla's foray into China from Bloomberg News reporter Dana Hull, Tesla and SpaceX communications staff were instructed to ignore her calls and emails, according to multiple sources.

One former senior employee told BuzzFeed News that Musk would stew over articles that were "largely very

fair and balanced," messaging reporters personally or enlisting communications representatives to fight for corrections. One editor at a major US-based media outlet described the behavior as "active and aggressive," noting that Musk's communications representatives reached out to the highest levels of the company's editing and business structure to complain about coverage. (That editor did not want his publication to be identified, fearing that Musk's companies would cut off contact.)

People familiar with Musk who spoke with BuzzFeed News didn't see much of a difference between these blowups and Musk's recent behavior. "Pravduh.com," Musk's hypothetical website for crowd-ranking journalism, simply "takes an ongoing fight with the press to a new level," said one former staffer.

*Mark Brake / Getty Images*

## "His Own Chief Communications Officer"

**This obsession with** the media makes working in communications under Musk, whether at Tesla or SpaceX, an unpredictable and grueling gig. Multiple former staffers recalled being kept up late or woken up in the middle of the night because Musk was upset about a headline or an article. Two other former senior employees described Musk as notoriously thin-skinned. "He'll read an obscure critical post by, like, some Belgian blogger at 3 in the morning and he'll wake up people on the comms team and demand this person be crushed," one former employee said. "It's all utterly disproportionate in response."

"You don't sleep very much when you're in communications at Tesla, because you don't know what's going to happen," said another former worker.

While some CEOs expect their communications team to draft emails, write speeches, and proofread tweets, Musk's style is totally off the cuff. People who worked with him described being afraid to contradict or correct him. Said one former employee, "My experience was is that he is his own chief communications officer." Asked about Musk's relationship with his communications team, a second

person who worked closely with Musk said, "What comms team? I think the comms team is just Elon."

Another former employee recalled one of Musk's late-night Twitter excursions in January 2012 when, unbeknownst to anyone at the company, he hinted at a separation from then-partner Talulah Riley. Hannah Elliott, then a reporter for Forbes magazine, saw the tweet the next morning and messaged Musk, leading the Tesla CEO to call her and divulge more about his personal life without notifying his communications staff. After finding out later that day, Tesla's PR team went into damage control mode, leading Musk to call Elliott back and ask that she not use some of the more personal details that he discussed during their conversation.

More recently, Musk has clashed with his PR staff over Tesla's communication around its cars' driver-assistance feature, Autopilot. In May 2016, following coverage around the death of a driver in Florida whose vehicle was on Autopilot, Musk urged his team to fix the narrative with outlets honing in on the fact that that it was one of the first known automobile deaths of its kind. While he wanted his company's response to focus on statistics — noting the seeming lower rate of fatalities on Autopilot — those internally urged Musk to be more compassionate to customers, particularly the victim.

Ultimately, Musk won out. In a blog post titled "A Tragic Loss" on June 30, the company detailed how the first known fatality on Autopilot took 130 million miles compared to an average 94 million per US driving fatality, before noting in the last paragraph that "the customer who died in this crash had a loving family and we are beyond saddened by their loss." Musk also began defensively tweeting about Autopilot that July, focusing on the numbers and sharing examples of how Autopilot may have saved a life, while a second company blog post, cutely titled "Misfortune," attempted to shoot holes in a story by Fortune magazine. "It felt like a cover-our- ass moment, rather than a moment to show we care about our customers," said one former employee.

"Elon is an engineer and that's how he views the world," that person continued. "But sometimes he lacks that compassion and empathy."

## Three people familiar with Musk's communications team independently compared the pressure and publicity, and chaos of the job to working in President Donald Trump's White House.

The lack of control and continual need to put out PR fires wore on professionals, even those who personally liked Musk and believed in the missions of Tesla and

SpaceX. Tesla is known for a high rate of turnover, and some communications staffers only last a few months. Some have done multiple stints, though have left or were fired after clashing with the chief executive. Three people familiar with Musk's communications team independently compared the pressure and publicity, and chaos of the job to working in President Donald Trump's White House.

Despite the outbursts and late-night tweets, there's a sense, even among some employees who've departed the company, that Musk and his companies are engaged in a noble effort to push the boundaries of science and technology. One former employee likened him to "a martyr" for the cause of "leaving the world a better place." In many cases, former employees suggest that they've overlooked and excused erratic behavior, dismissing it as a side effect of the stress of the enormous tasks at hand.

"Inaccuracies eat at him obsessively," a former employee said, noting that when he berated reporters, government officials, and analysts, it's because "he's frustrated by those who waste his time with things they should know." Even employee firings and Musk's penchant for distancing himself from employees are rationalized. "I would never say he has this controlling desire to do all the things, a former employee said. "He frankly just loses confidence that others can do it.

And hey, who is to blame him? He's <u>the smartest guy in the room</u>."

"People are both proud to be there and also well aware that this is a CEO who is extraordinarily difficult to work with," said a person who worked for Musk. "Very few work for Elon and imagine they'll work there long-term."

*Vcg / Getty Images*

## Separating Elon From Tesla

**Musk no longer** has to worry that press coverage will focus on other employees; after years in the spotlight, he is now inseparable from any story about his companies — good or bad. So strong is his tie to the brand that new employees at Tesla's automotive factories and sales division play quiz games during

orientation where they can earn prizes for knowing personal facts about the CEO, like where he went to school.

Yet this asset is poised to become a liability for Musk, especially as his companies mature and pressure rises. Some who've worked with him see his recent online behavior as a defensive attempt to rally his fans around him at a moment of increased scrutiny. "His focus is increasingly on the group that's bought into his vision already," a former senior employee said. "It's just like how Trump throws red meat to the base at his rallies. If you go on Reddit every time Elon reams out a journalist, they love it and they cheer him on."

Another former employee said that there have been internal pushes to shift Tesla's messaging to make it more about the brand than its billionaire founder, something that even Musk initially seemed willing to try following a string of escalating encounters around car battery fires and Tesla's battery factory. But implementing that was difficult, they said. Musk rarely lets the communications department highlight other executives at the company in positive media stories about Tesla, while the public has become accustomed to seeing and hearing every announcement about the company from the chief himself.

Instead, Musk appears to be doubling down on himself. Three former senior employees said Musk has a habit of pushing out employees who disagree with him, and that policy has left him critically isolated during a crucial period for Tesla. In the last year, the company has been shorn of its head of global sales, vice president of finance, and head of Autopilot. Doug Field, the engineering executive who was overseeing the production of the Model 3, stepped aside so that Musk could take over. "If you said no, you're out," one person who worked closely with Musk told BuzzFeed News. "He'd find someone who said yes." (A fourth former employee disputed this, but still noted that he'll push hard to get his way.)

*Afp / AFP / Getty Images*

In the weeks since he blew up at analysts on an earnings call, Musk has tempered slightly. During a June 5 shareholder meeting, he said on stage that his CFO, Deepak Ahuja, and general counsel, Todd Maron, told him, "You have to watch what words you use in these situations," and implied that he's trying to change his ways.

Even former staffers who spoke admirably about Musk suggested that — despite running three companies and ambitions to save the planet and explore others — his greatest shortcoming as a leader is his inability to withstand criticism. "He's brilliant but his greatest weakness is that defensiveness and an obsessive need to correct the record, rather than just bite the bullet."

"Consider Tim Cook or Zuckerberg," another former employee said. "There are hundreds of websites and stories dedicated to making fun of or criticizing them. They hardly lose sleep over it. But Elon's different."

And it is precisely that weakness, according to some who've worked with him, that is now showing. "He's getting in his own way more now," the former employee noted.

Today, the drawbacks of linking a corporate brand so inextricably to an executive are being thrown into

sharp relief. During a crisis, for example, there's no one else from the executive bench who's expected to step up and take the blame, said a former staffer. "With layoffs and profitability being bad, people will focus more and more on his personality," this person said. "That's the issue of being CEO-centric."

This former senior employee expressed frustration watching Musk from afar. "He's picking nonsense fights with reporters who should be natural allies — who're actually excited about what he's doing," they told BuzzFeed News. "He's alienating those who could be out advocating for him and the coverage about Elon has fully become about the coverage and not what he's building."

Other employees felt the same way about the double-edged sword that is having Elon Musk for a boss. "It's the reason it's great, and it's also a risk," said one. "It's the same with any company that's so strongly identified with any one individual. If you talk to any risk management expert, they'll tell you that's a risk. But that's the way the company's run, so that's the way it is: Elon is the company, and the company is Elon." ●

*Joshua Lott | Getty Images*

**TOPICS IN THIS ARTICLE**

( Twitter )



Caroline O'Donovan is a s
technology reporter for B
News and is based in Sar
Francisco.

Contact Caroline O'Dono
caroline.odonovan@buzzf

Got a confidential tip? Su
here.



Charlie Warzel is a Senior
Technology Writer for
BuzzFeed News and is ba
in Missoula, Montana

Contact Charlie Warzel a
charlie.warzel@buzzfeed.



Ryan Mac is a senior
tech reporter for
BuzzFeed News and is
based in San Francisco.

Contact Ryan Mac at
ryan.mac@buzzfeed.com

# EXHIBIT B

Case 3:19-mc-80224-JSC Document 3 Filed 09/13/19 Page 27 of 49



**REPORTING TO YOU**

TECH

# The Cave Rescuer Elon Musk Called A "Pedo" Has Lawyered Up And Is Preparing A Libel Claim

"You published through three different tweets to your twenty-two million followers that Mr. Unsworth engages in the sexual exploitation of Thai children, and you did so at a time when he was working to save the lives of twelve Thai children."



**Ryan Mac**
BuzzFeed News Reporter

Last updated on August 29, 2018, at 12:15 p.m. ET
Posted on August 29, 2018, at 10:39 a.m. ET



Case 3:19-mc-80224-JSC Document 3 Filed 09/13/19 Page 28 of 49



*David Paul Morris, Getty Images*

A British man, who Elon Musk called a "pedo" on Twitter, has retained legal counsel and is "preparing a civil complaint for libel" against the Tesla CEO, according to a letter viewed by BuzzFeed News. The letter appears to contradict a claim Musk made on Twitter on Tuesday that he had yet to see any legal repercussions from his allegations, and deepens the problems for the already embattled technology billionaire.

A lawyer for Vernon Unsworth, a UK citizen who was instrumental in the rescue of 12 children trapped in a cave in Thailand, sent Musk a letter earlier this month notifying him of a possible lawsuit, after the Tesla chief's outburst against his client in July. Musk previously made the allegations against Unsworth without any evidence, before issuing an apology and deleting the offending tweets.

On Tuesday, the Tesla and SpaceX founder reignited the controversy on the social network by suggesting that Unsworth's lack of legal action against him constituted something suspicious and that his original allegation of pedophilia should be investigated. BuzzFeed News, however, confirmed that Unsworth retained legal representation and sent

Musk a letter dated Aug. 6 detailing a possible lawsuit for the "false and defamatory statements."

"You published through three different tweets to your twenty-two million followers that Mr. Unsworth engages in the sexual exploitation of Thai children, and you did so at a time when he was working to save the lives of twelve Thai children," writes Unsworth's lawyer L. Lin Wood, an Atlanta-based defamation expert. "You did so without any basis. According to a subsequent Twitter post, you did so out of anger."

The possible lawsuit highlights the dangers that Musk could face for his increasingly erratic behavior on Twitter, which has landed him in hot water on multiple occasions in 2018. Earlier this month, Musk unexpectedly tweeted that he was exploring the possibility of taking Tesla private and that he had "funding secured" to do so, igniting a public market frenzy. The bid ultimately went nowhere, and the Securities and Exchange Commission is now reportedly investigating Musk and Tesla over the bizarre sequence of events.

When contacted over email by BuzzFeed News, Musk did not address the legal letter he received.

"Have you actually done any research at all?" he wrote. "For example, you incorrectly state that he is a

Case 3:19-mc-80224-JSC  Document 3  Filed 09/13/19  Page 30 of 49

diver, which shows that you know essentially nothing and have not even bothered to research basic facts."

BuzzFeed News confirmed with a source familiar with Unsworth that the cave rescuer has diving experience and maintains all the necessary diving equipment.

 

**L. LIN WOOD, P.C.**
— TRIAL LAWYERS —

L. LIN WOOD

August 6, 2018

**VIA FEDEX & ELECTRONIC MAIL**

Mr. Elon Musk

RE:    Defamation of Vernon Unsworth

Dear Mr. Musk:

I have been retained by Vernon Unsworth to represent his interests in connection with the publication on your Twitter account of false and defamatory statements conveying that Mr. Unsworth is a pedophile. More specifically, you published through three different tweets to your twenty-two million followers that Mr. Unsworth engages in the sexual exploitation of Thai children, and you did so at a time when he was working to save the lives of twelve Thai children. You did so without any basis. According to a subsequent Twitter post, you did so out of anger.

I am in the process of preparing a civil complaint for libel against you. In an attempt to avoid litigation and to see the public record corrected, I invite you or your legal representatives to contact me.

Sincerely,



L. Lin Wood

cc:    Mr. Vernon Unsworth
       Mark Stephens, CBE, Howard Kennedy LLP

A copy of the letter sent to Musk's Los Angeles home from L. Lin Wood, a lawyer representing British diver and cave rescuer Vernon Unsworth.

*L. Lin Wood*

A Tesla spokesperson did not immediately respond to a request for comment. A representative for Wood

also did not immediately respond to a request for comment.

Unsworth did not respond to BuzzFeed News' request for comment. Reached by Sky News on Wednesday, he told the British news outlet "it's all being dealt with, that's all I can say."

Musk's spat with Unsworth began last month, after the British diver and spelunker dismissed Musk's attempt to build a submarine to rescue Thai boys trapped in an underwater cave as a publicity stunt in an interview. Following that, Musk took to Twitter to suggest that Unsworth was in Thailand to engage in the sexual exploitation of minors and then directly called him a "pedo guy." In a third tweet, he told another Twitter user that he'd "bet a signed dollar it's true." All three of those tweets were eventually deleted, with Musk tweeting out an apology in July stating "his actions against me do not justify my actions against him."

In interviews with other outlets, Unsworth was not clear if he would pursue action against Musk. His lawyer's letter from earlier this month is the clearest indication that he is seriously considering a lawsuit if Musk does not move to "see the public record corrected."

It's unclear if Musk has seen the letter, which was sent to his Los Angeles home, but on Tuesday he wrote in an argument with another Twitter user that it was odd that Unsworth had not sued him yet, suggesting that the British man would have done so if there was an allegation worthing pursuing.

"You don't think it's strange he hasn't sued me?" he wrote. "He was offered free legal services."

"Did you investigate at all?" Musk continued in another tweet, asking the other Twitter user if he'd taken the time to investigate the previous, groundless allegations that he had made against Unsworth. "I'm guessing answer is no. Why?"

## UPDATE

August 29, 2018, at 12:15 p.m.

The story has been updated with a comment from Tesla CEO Elon Musk.



Ryan Mac is a senior tech reporter for BuzzFeed News and is based in San Francisco.

Contact Ryan Mac at ryan.mac@buzzfeed.com.

Got a confidential tip? Submit it here.

# EXHIBIT C

Case 3:19-mc-80224-JSC Document 3 Filed 09/13/19 Page 34 of 49



REPORTING TO YOU

**TECH**

# In A New Email, Elon Musk Accused A Cave Rescuer Of Being A "Child Rapist" And Said He "Hopes" There's A Lawsuit

In an email to BuzzFeed News, Tesla CEO Elon Musk accused a Thai cave rescuer of moving to Thailand to take a child bride. The rescuer denied all the claims.


**Ryan Mac**
BuzzFeed News Reporter


**Mark Di Stefano**
BuzzFeed News Reporter


**John Paczkowski**
Technology and Business Editor

Posted on September 4, 2018, at 5:04 p.m. ET



Case 3:19-mc-80224-JSC Document 3 Filed 09/13/19 Page 35 of 49



British caver Vernon Unsworth at the Tham Luang cave complex during a search for members of a soccer team and their coach in Thailand in June.
*Soe Zeya Tun / Reuters*

Tesla CEO Elon Musk has renewed his attacks against a British man who played a key role in the rescue of a youth soccer team trapped in a flooded cave in Thailand.

Musk last month apologized for accusing Vernon Unsworth of pedophilia after the diver questioned the value of Musk's contribution to the rescue, a small submarine that ultimately went unused. But in a series of emails to BuzzFeed News, Musk repeated his original attacks on Unsworth — and made new and specific claims, lambasting the rescuer as a "child rapist" who had moved to the Southeast Asian country to take a child bride. Unsworth denied Musk's accusations through his attorney.

Though Musk prefaced one email with "off the record," BuzzFeed News did not agree to that condition of the correspondence. (Per common

journalistic practice, a conversation is <u>off the record</u> only if both parties agree to the terms. )

BuzzFeed News first emailed Musk last Wednesday to ask for comment regarding a legal threat made by Unsworth's lawyer in August after the Tesla CEO renewed his apparently evidenceless criticism of the rescuer in a Twitter argument the day before. Musk responded without addressing the substance of the legal threat. BuzzFeed News followed up twice, once on Wednesday and once on Thursday, and Musk responded with two separate emails.

# "I suggest that you call people you know in Thailand, find out what's actually going on and stop defending child rapists, you fucking asshole."

"I suggest that you call people you know in Thailand, find out what's actually going on and stop defending child rapists, you fucking asshole," Musk wrote in the first message. "He's an old, single white guy from England who's been traveling to or living in Thailand for 30 to 40 years, mostly Pattaya Beach, until moving to Chiang Rai for a child bride who was about 12 years old at the time."

"As for this alleged threat of a lawsuit, which magically appeared when I raised the issue (nothing was sent or raised beforehand), I fucking hope he sues me," he added.

It is unclear why Musk believes the allegations against Unsworth or what evidence he has to support them. Musk did not provide proof of his claims to BuzzFeed News, and BuzzFeed News could not verify any of the claims after reporting on Unsworth's background.



*BuzzFeed News*

The Tesla CEO's continued campaign against Unsworth offers a glimpse into the new ability of some of the world's wealthiest and most powerful figures to directly attack private citizens who cross them — and will test the capacity of traditional legal tools against them.

"Elon Musk can tweet his vindictive and vicious lie about Mr. Unsworth a hundred times and it will still be a lie," Unsworth's lawyer, L. Lin Wood, wrote in a

Case 3:19-mc-80224-JSC  Document 3  Filed 09/13/19  Page 38 of 49

statement. "After deleting the initial accusation and tweeting an apology, Mr Musk has continued to republish his false and unsupportable accusation. His conduct demonstrates that his recklessness is intentional and designed to harm Mr. Unsworth."

A spokesperson for Tesla did not immediately return a request for comment on Musk's newest allegations, and referred to a previous statement issued by the board in response to a question about its support for the company's CEO.

The feud began in July when Musk tweeted that Unsworth was "a pedo guy" after the rescuer called the billionaire's attempt to use a custom-designed submarine in the rescue effort a "publicity stunt." Musk later apologized and deleted this tweets, but revisited the claim last week in an argument on Twitter, asking why Unsworth hadn't sued yet if the accusations were indeed untrue. BuzzFeed News then reported that Wood had actually sent Musk a letter warning of a possible defamation suit in early August.

Musk's renewed attacks on Unsworth come after a series of erratic public gestures, notably a widely publicized suggestion that he would take Tesla private and the narration of his home life by the rapper Azealia Banks. And the new accusations leveled at Unsworth threaten to undermine a recent charm offensive intended to frame the CEO's erratic

behavior as the actions of an overworked luminary struggling to maintain his world-changing businesses. It's been a particularly difficult summer for the billionaire, marked by Tesla's missed production goals, clashes with reporters, and his failed attempt to take his car company private.

Despite that, Musk still managed to maintain a dispute with Unsworth, a 63-year-old cave explorer and diver, whom he has now accused of taking a child bride.

BuzzFeed News could find no evidence to support that claim, and Musk did not provide any documentation to support his accusations. Publicly available legal documents do nothing to support Musk's claims: BuzzFeed News could not immediately locate any criminal records for Unsworth in the UK.

Separately, a Thai immigration official named Ploy Pailin told BuzzFeed News that an individual on a visa would likely not have it renewed if they had been found guilty of criminal activity in the country. Pailin also said that while foreigners applying for visas in Thailand do not undergo mandatory background checks, those who are found guilty of serious crimes are often blacklisted by the government and can be removed from the country.

Case 3:19-mc-80224-JSC  Document 3  Filed 09/13/19  Page 40 of 49



From: Elon Musk <███████████>
Date: Thu, Aug 30, 2018 at 7:16 PM
Subject: Fwd: Letters
To: "ryan.mac ████████████████████

On background

Unsworth also said I was asked to leave by the Thai govt, which is utterly false. Thai Prime Minister thanked me personally per attached docs. I went all the way to area 3 with the Thai SEAL team, who were awesome. Never saw Unsworth at any point. Was told he was banned from the site.

It is also total bs that the mini-sub wouldn't fit through the caves. It was designed and built to specifications provided to me directly by Stanton and the actual dive team. The only reason it wasn't used was that they were able to drain almost all the water out of the caves, so the underwater portion was very short, and the monsoon arrived later than expected.

Those pumps were critical. Some of the Tesla team helped with electrical power, but major credit to whoever provided those pumps. They were amazing. I'm told they were from some company in India.

*BuzzFeed News*

BuzzFeed News also spoke with <u>Woranan Ratrawiphukkun, a Thai woman who is Unsworth's longtime girlfriend</u>. She said she had been with Unsworth for more than seven years and has posted numerous photos about their relationship on social media dating back several years. Unsworth, she added, spends part of the year in Thailand and part of the time in the UK.

<u>Ratrawiphukkun</u>, who said she is 40, declined to comment on Musk's allegations against Unsworth, and referred a reporter to his lawyers.

Among Musk's other claims about Unsworth is that he was not part of the actual dive team in the Thailand cave rescue. While Unsworth did not dive for the mission, media reports and other people who were part of the rescue cited the Brit as instrumental to the effort, as he had previously mapped and explored

some of the cave system and recruited some of the divers who went into the cave.

"He may claim to know how to cave dive, but he wasn't on the cave dive rescue team and most of the actual dive team refused to hang out with him," Musk wrote in one email. In another email in which Musk wrote "on background" — BuzzFeed News again did not agree to these terms — the Tesla CEO said, "Never saw Unsworth at any point. Was told he was banned from the site."

A British diver on the rescue mission who had previously been in contact with Musk, Rick Stanton, denied those claims.

"I've no idea what gave you those concerns about Vern," Stanton wrote over Facebook Messenger. "They are completely unfounded. He was never kicked off site by anyone and worked continuously on the rescue for the full duration. He was pivotal to the entire operation."

Two Australian specialists who were brought in by the Thai government to aid the Thai cave rescue operation, Richard Harris and Craig Challen, also rejected Musk's allegation.

"Vern seemed like an excellent guy and absolutely vital to the mission," said Harris, who, with Challen,

Case 3:19-mc-80224-JSC Document 3 Filed 09/13/19 Page 42 of 49

helped in the sedation of the Thai boys before they were brought out of the cave by the British divers. "You must be confusing him with someone else."

"He was pivotal with his knowledge of the cave. [The] rescue wouldn't have happened without him recommending the Brits were called," Harris said.

Photos and videos posted on Facebook by Woranan and members of the local Thai news media show Unsworth at the site through the duration of the operation, which lasted more than two weeks in the country's Chiang Rai province. Some of those photos show Unsworth posing with other British members involved with the rescue.

In his second email to BuzzFeed News, Musk commented on Unsworth's interview with CNN.

"Unsworth also said I was asked to leave by the Thai govt, which is utterly false. Thai Prime Minister thanked me personally per attached docs. I went all the way to area 3 with the Thai SEAL team, who were awesome."

Unsworth did say that Musk was asked to leave the cave in the interview, but did not specify who had asked him.

Case 3:19-mc-80224-JSC Document 3 Filed 09/13/19 Page 43 of 49

Musk also supplied a letter to BuzzFeed News from the Thai prime minister thanking him for his team's involvement in the rescue. "I wish to convey my deep appreciation to you and your engineering team for your expeditious and extraordinary efforts in constructing the Space-X mini-submarine 'Wild Boar' to assist the rescue operation of the Moo Pa Academy Football team trapped in Tham Luang Cave, Chiang Rai province," wrote General Prayut Chan-o-cha.

Office of the Prime Minister,
Government House,
**BANKOK**.

*26* July B.E. 2561 (2018)

Dear Mr. Musk,

I wish to convey my deep appreciation to you and your engineering team for your expeditious and extraordinary efforts in constructing the Space-X mini-submarine "Wild Boar" to assist the rescue operation of the Moo Pa Academy Football team trapped in Tham Luang Cave, Chiang Rai Province.

I am particularly touched that you personally travelled to Thailand to deliver the "Wild Boar" Space-X mini-sub, which was made possible through your expertise and the cooperation with various experts involved with this highly complicated and urgent rescue operation. Your initiative and involvement indeed exemplifies the significance of compassion and ingenuity in responding to extremely complex and life-threatening situations. Furthermore, the endeavour of courage and determination by all who took part in this perilous operation, both Thai and foreign, is testament to what can be achieved in the face of seemingly unsurmountable odds. The rescue has inspired people around the world and reaffirmed our faith in the power of solidarity and cooperation in times of crises. Indeed, this historic episode of immediate assistance and resolve demonstrates humanity at its best.

Looking ahead, I hope that you will have a chance to visit Thailand again soon. I believe that there are many opportunities for us to cooperate on, especially on how to harness technology and innovation for the benefit of sustainable development and towards enhancing the well-being of all global citizens.

I would like to extend to you my best wishes for your good health and success.

Yours sincerely,

General [signature] (Ret.)
(Prayut Chan-o-cha)
Prime Minister of the Kingdom of Thailand

Mr. Elon Musk,
Chief Executive Officer,
Space Exploration Technologies Corporation,
**CALIFORNIA**.

*Elon Musk provided to BuzzFeed News*

In addition, Musk claimed that the mini-sub, which ultimately was not used in the rescue, was built to Stanton's specifications, and that it was not deployed only because too much water had been drained from the cave. Stanton, however, denied that was the reason, and said he did not recall providing exact specifications to Musk.

"We didn't use the tube because rescue operations were already well underway and it didn't have the necessary life support systems," Stanton said to BuzzFeed News on Facebook Messenger. "Essentially, it wasn't developed enough. I do think it has promise in certain situations and I hope they keep working on it to get it in shape for evaluation and to be considered as a viable alternative in future underwater rescue scenarios."

In another claim, Musk noted that "the alleged threat of a lawsuit" from Unsworth "magically appeared when I raised the issue" on Twitter last week and that nothing had been sent prior to his outburst. L. Lin Wood, Unsworth's lawyer, provided BuzzFeed News with confirmation showing that he had sent a note titled "Fwd: Defamation of Vernon Unsworth" containing the legal letter to the appropriate email address for Musk's office at SpaceX on Aug. 6.

BuzzFeed News corresponded with the Tesla and SpaceX CEO at a separate, personal email address that two sources confirmed belonged to Musk. One source, who had previously worked for Musk, noted that the email address can be accessed by the billionaire and his assistants. The source noted that it was not uncommon for Musk to personally respond to reporters and other people through that account.

Wood did not respond to questions asking him to more specifically address each of Musk's accusations, but suggested that he was moving closer to legal action.

"Today the rich and powerful seem all too ready to tweet falsities in the hope and expectation that their wealth and position will protect them," he wrote in a statement. "Pedophilia is too serious an issue to leave unchallenged. If Mr. Musk believes his wealth affords him protection from his lies and Twibels, he is sadly mistaken."

**Here are the emails Elon Musk sent to BuzzFeed News reporter Ryan Mac**

> From: Elon Musk < redacted >
> Date: Thu, Aug 30, 2018 at 6:43 PM
> Subject: RE: BuzzFeed News: Unsworth legal letter
> To: "ryan.mac@buzzfeed.com"
>
> Off the record
>
> I suggest that you call people you know in Thailand, find out what's actually going on and stop defending child rapists, you fucking asshole. He's an old, single white guy from England who's been traveling to or living in Thailand for 30 to 40 years, mostly Pattaya

Beach, until moving to Chiang Rai for a child bride who was about 12 years old at the time. There's only one reason people go to Pattaya Beach. It isn't where you'd go for caves, but it is where you'd go for something else. Chiang Rai is renowned for child sex-trafficking.

He may claim to know how to cave dive, but he wasn't on the cave dive rescue team and most of the actual dive team refused to hang out with him. I wonder why …

https://www.google.com/search?
q=chiang+rai+child+trafficking&ie=UTF-8&oe=l
us&client=safari

As for this alleged threat of a lawsuit, which magically appeared when I raised the issue (nothing was sent or raised beforehand), I fucking hope he sues me.

***
From: Elon Musk < redacted >
Date: Thu, Aug 30, 2018 at 7:16 PM
Subject: Fwd: Letters
To: "ryan.mac@buzzfeed.com"
On background

Unsworth also said I was asked to leave by the Thai govt, which is utterly false. Thai Prime

Minister thanked me personally per attached docs. I went all the way to area 3 with the Thai SEAL team, who were awesome. Never saw Unsworth at any point. Was told he was banned from the site.

It is also total bs that the mini-sub wouldn't fit through the caves. It was designed and built to specifications provided to me directly by Stanton and the actual dive team. The only reason it wasn't used was that they were able to drain almost all the water out of the caves, so the underwater portion was very short, and the monsoon arrived later than expected.

Those pumps were critical. Some of the Tesla team helped with electrical power, but major credit to whoever provided those pumps. They were amazing. I'm told they were from some company in India.

## Help us break more stories. If you want to support reporting like this, make a contribution to BuzzFeed News.

 Ryan Mac is a senior tech reporter for

 Mark Di Stefano is a med and politics corresponder

BuzzFeed News and is
based in San Francisco.

Contact Ryan Mac at

BuzzFeed News and is ba
in London.

Contact Mark Di Stefano

for BuzzFeed News and i