```
 1 │ THOMAS R. BURKE (CA State Bar No. 141930)
   │ thomasburke@dwt.com
 2 │ DAVIS WRIGHT TREMAINE LLP
   │ 505 Montgomery Street, Suite 800
 3 │ San Francisco, California 94111
   │ Telephone:  (415) 276-6500
 4 │ Facsimile:  (415) 276-6599
 5 │ KATHERINE M. BOLGER (*pro hac vice* forthcoming)
   │ katebolger@dwt.com
 6 │ JOHN M. BROWNING (*pro hac vice* forthcoming)
   │ johnbrowning@dwt.com
 7 │ KATHLEEN E. FARLEY (*pro hac vice* forthcoming)
   │ kathleenfarley@dwt.com
 8 │ DAVIS WRIGHT TREMAINE LLP
   │ 1251 Avenue of the Americas, 21st Floor
 9 │ New York, New York 10020
   │ Telephone: (212) 489-8230
10 │ Facsimile:  (212) 489-8340
11 │ Attorneys for Non-Party Journalist
   │ Ryan Mac
```

RECEIVED
SEP 13 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

CV 19 80 224 MISC

| | |
|---|---|
| VERNON UNSWORTH,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK,<br><br>Defendant. | Case No. _____<br><br>(C.D. Cal. No. 18-cv-08048-SVW-JC)<br><br>**[PROPOSED] ORDER RE: MOTION TO QUASH SUBPOENA ISSUED FROM A CIVIL CASE PENDING BEFORE THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND SERVED ON NON-PARTY JOURNALIST RYAN MAC**<br><br>Hearing Date: October 18, 2019<br>Hearing Time: 9:00 a.m. |

[PROPOSED] ORDER
Case No.

1  Pursuant to the Motion of Ryan Mac, and for good cause shown, it is hereby ORDERED that Mac's Motion to Quash the subpoenas issued from *Unsworth v. Musk*, 18-cv-08048-SVW-JC (C.D. Cal.) and dated August 26, 2019 and September 6, 2019, respectively, which seek to compel oral testimony from Mac, is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2019

_____