| | |
|---|---|
| 1  THOMAS R. BURKE (CA State Bar No. 141930)<br>    thomasburke@dwt.com<br>2  DAVIS WRIGHT TREMAINE LLP<br>    505 Montgomery Street, Suite 800<br>3  San Francisco, California  94111<br>    Telephone:    (415) 276-6500<br>4  Facsimile:     (415) 276-6599<br>5  KATHERINE M. BOLGER (*pro hac vice* forthcoming)<br>    katebolger@dwt.com<br>6  JOHN M. BROWNING (*pro hac vice* forthcoming)<br>    johnbrowning@dwt.com<br>7  KATHLEEN E. FARLEY (*pro hac vice* forthcoming)<br>    kathleenfarley@dwt.com<br>8  DAVIS WRIGHT TREMAINE LLP<br>    1251 Avenue of the Americas, 21st Floor<br>9  New York, New York 10020<br>    Telephone: (212) 489-8230<br>10 Facsimile:   (212) 489-8340<br>11 Attorneys for Non-Party Journalist<br>    Ryan Mac | FILED<br>SEP 13 2019<br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTH DISTRICT OF CALIFORNIA<br><br>JSC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERNON UNSWORTH,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ELON MUSK,<br><br>                    Defendant. | Case No. CV 19 80 224 MISC<br><br>(C.D. Cal. No. 18-cv-08048-SVW-JC)<br><br>**PROOF OF SERVICE**<br><br>Hearing Date:  October 18, 2019<br>Hearing Time:  9:00 a.m. |

PROOF OF SERVICE
Case No.

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served a copy of the following document:

**NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA ISSUED FROM A CIVIL CASE PENDING BEFORE THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND SERVED ON NON-PARTY JOURNALIST RYAN MAC**

**DECLARATION OF KATHERINE M. BOLGER IN SUPPORT OF NOTICE OF MOTION AND MOTION OF TO QUASH SUBPOENA**

**DECLARATION OF RYAN MAC IN SUPPORT OF MOTION TO QUASH SUBPOENA ISSUED FROM A CIVIL CASE PENDING BEFORE THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND SERVED ON NON-PARTY JOURNALIST RYAN MAC**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NON-PARTY JOURNALIST RYAN MAC'S MOTION TO QUASH SUBPOENAS**

**[PROPOSED] ORDER RE: MOTION TO QUASH SUBPOENA ISSUED FROM A CIVIL CASE PENDING BEFORE THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND SERVED ON NON-PARTY JOURNALIST RYAN MAC**

I caused the above document to be served on each of the persons listed below by the following means:

**SEE ATTACHED SERVICE LIST**

☑ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing via Federal Express on September 13, 2019, for delivery on September 16, 2019, following the ordinary business practice.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 13, 2019, at San Francisco, California.

/s/ Aysha D. Lewis
Aysha D. Lewis

-1-

PROOF OF SERVICE
Case No.

## SERVICE LIST

R. Christopher Chatham, Esq.
Chatham Law Group
3109 West Temple Avenue
Los Angeles, CA 90026
Tel: (213) 277-1800
Email: chris@chathamfirm.com
*Counsel for Plaintiff*

L. Lin Wood, Esq.
G. Taylor Wilson, Esq.
Jonathan D. Grunberg, Esq.
Nicole J. Wade, Esq.
L Lin Wood PC
1180 West Peachtree Street
Atlanta, GA 30309
Tel: (404) 891-1402
Fax: (404) 506-9111
Email: lwood@linwoodlaw.com
  twilson@linwoodlaw.com
  jgrunberg@linwoodlaw.com
  nwade@linwoodlaw.com
*Counsel for Plaintiff*

Matt C. Wood, Esq.
Weisbart Springer Hayes LLP
212 Lavaca Street, Suite 200
Austin, TX 78701
Tel: (512) 652-5780
Fax: (512) 682-2074
Email: mwood@wshllp.com
*Counsel for Plaintiff*

Alexander Spiro, Esq.
Michael T. Lifrak, Esq.
Robert M. Schwartz, Esq.
Quinn Emanuel Urquhart and Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
Email: alexspiro@quinnemanuel.com
  michaellifrak@quinnemanuel.com
  robertschwartz@quinnemanuel.com
*Counsel for Defendant*

PROOF OF SERVICE
Case No.