1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Alex Spiro (*pro hac vice* pending)
2     alexspiro@quinnemanuel.com
    51 Madison Avenue, 22nd Floor
3   New York, New York 10010
    Telephone: (212) 849-7000
4
5   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Robert M. Schwartz (Bar No. 117166)
6     robertschwartz@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
7   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
8
    *Attorneys for Defendant Elon Musk*
9
10
11              **UNITED STATES DISTRICT COURT**
12            **NORTHERN DISTRICT OF CALIFORNIA**
13                **SAN FRANCISCO DIVISION**
14

| | |
|---|---|
| VERNON UNSWORTH, | Case No. 3:19-mc-80224-JSC |
| Plaintiff, | **DECLARATION OF ROBERT M. SCHWARTZ IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION OF NON-PARTY RYAN MAC TO QUASH THE DEPOSITION SUBPOENA** |
| vs. | |
| ELON MUSK, | |
| Defendant. | Date:  October 17, 2019<br>Time:  9:00 a.m.<br>Courtroom:  Courtroom F - 15th Floor<br>Judge:  The Honorable Magistrate Judge Jacqueline Scott Corley |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF ROBERT M. SCHWARTZ

**I, Robert M. Schwartz, declare as follows:**

1.      I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Elon Musk.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      I submit this declaration in support of Mr. Musk's Opposition to the Motion of Non-Party Ryan Mac to Quash the Deposition Subpoena.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Statement of Uncontroverted Facts dated September 16, 2019, filed in *Unsworth v. Musk*, Case No. 2:18-cv-08048 (C.D. Cal.).

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Elon Musk in support of Defendant's Motion for Summary Judgment, or in the Alternative Partial Summary Judgment, without its exhibits, dated September 15, 2019, filed in *Unsworth v. Musk*, Case No. 2:18-cv-08048 (C.D. Cal.).

5.      Attached hereto as **Exhibit 3** is a true and correct copy of an email from Elon Musk dated July 8, 2018.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of a letter dated July 26, 2018 from the Prime Minister of the Kingdom of Thailand to Elon Musk.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of a transcript of a July 13, 2018 interview of Vernon Unsworth on CNN.  Michael Lifrak, counsel for Mr. Musk, oversaw the creation of the transcript, which accurately reflects the portion of the interview captured on video. The interview is available at:

https://money.cnn.com/video/technology/2018/07/15/vernonunsworth.cnnmoney/index; and https://www.facebook.com/cnn/videos/10158544105061509/?v=10158544105061509.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of a tweet posted on Twitter by Elon Musk on July 15, 2018.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of an additional tweet posted on Twitter by Elon Musk on July 15, 2018.

10.      Attached hereto as **Exhibit 8** is a true and correct copy of tweets that Elon Musk posted on Twitter on July 17, 2018.

11.      Attached hereto as **Exhibit 9** is a true and correct copy of an email dated July 15, 2019 from Sam Teller to Jehn Balajadia.

12.      Attached hereto as **Exhibit 10** is a true and correct copy of the Declaration of Jared Birchall in support of Defendant's Motion for Summary Judgment, or in the Alternative Partial Summary Judgment, dated September 13, 2019, without its exhibits, filed in *Unsworth v. Musk*, Case No. 2:18-cv-08048 (C.D. Cal.).

13.      Attached hereto as **Exhibit 11** is a true and correct copy of email correspondence dated August 15-16, 2018 between Jared Birchall and Jupiter Military & Tactical Systems.

14.      Attached hereto as **Exhibit 12** is a true and correct copy of email correspondence dated August 15-17, 2018 regarding Project Rowena.

15.      Attached hereto as **Exhibit 13** is a true and correct copy of email correspondence dated August 26-27, 2018 regarding Project Rowena Update.

16.      Attached hereto as **Exhibit 14** is a true and correct copy of an email dated August 30, 2018 from Jupiter Military & Tactical Systems.

17.      Attached hereto as **Exhibit 15** is a true and correct copy of an August 29, 2018 tweet posted on Twitter by TechCrunch reporter Drew Olanoff.

18.      Attached hereto as **Exhibit 16** is a true and correct copy of a tweet posted by L. Lin Wood to Twitter on August 29, 2018.

19.      Attached hereto as **Exhibit 17** is a true and correct copy of an email exchange between Elon Musk and Ryan Mac dated August 29, 2018 to September 4, 2018.

20.      Attached hereto as **Exhibit 18** is a true and correct copy of an email dated August 30, 2018 from Elon Musk to Ryan Mac.

21.      Attached hereto as **Exhibit 19** is a true and correct copy of an article by Daniel Voshart titled *Elon Musk,. Ryan Mac and Bad Faith Journalism* published by Medium, dated

DECLARATION OF ROBERT M. SCHWARTZ ISO DEFENDANT'S OPPOSITION TO MOTION OF NON-PARTY RYAN MAC TO QUASH THE DEPOSITION SUBPOENA – Case No. 3:19-mc-80224-JSC

September 15, 2018, available at https://medium.com/@voshart/elon-musk-ryan-mac-and-bad-faith-journalism-6c8c46f53277.

 I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 27th day of September 2019 at Los Angeles, California.


       By */s/ Robert M. Schwartz*
         Robert M. Schwartz

DECLARATION OF ROBERT M. SCHWARTZ ISO DEFENDANT'S OPPOSITION TO MOTION OF NON-PARTY RYAN MAC TO QUASH THE DEPOSITION SUBPOENA – Case No. 3:19-mc-80224-JSC