# EXHIBIT 9

From: Sam Teller
Sent: Mon 7/15/2019 8:09 PM (GMT-07:00)
To: Jehn Balajadia
Cc:
Bcc:
Subject: Fwd: From James Howard - FAO Elon Musk - RE:Vernon Unsworth

Begin forwarded message:

**From:** Reyna Ortiz <reyna@spacex.com>
**Date:** July 17, 2018 at 8:00:56 PM EDT
**To:** Sam Teller <steller@spacex.com>
**Subject: Re: From James Howard - FAO Elon Musk - RE:Vernon Unsworth**

Nope don't believe so. Not sure how he got my email – just seemed a little odd what he mentioned.

**From:** Sam Teller <steller@spacex.com>
**Date:** Tuesday, July 17, 2018 at 4:59 PM
**To:** Reyna Ortiz <reyna@spacex.com>
**Subject:** Re: From James Howard - FAO Elon Musk - RE:Vernon Unsworth

Have we interacted with this person before?

On Jul 17, 2018, at 4:41 PM, Reyna Ortiz <reyna@spacex.com> wrote:

FYI – Fine to ignore?

**From:** Jupiter Private Office <info@jupiter-private.com>
**Date:** Tuesday, July 17, 2018 at 8:51 AM
**To:** Reyna Ortiz <reyna@spacex.com>
**Subject:** From James Howard - FAO Elon Musk - RE:Vernon Unsworth

Dear Reyna,
    I am having difficulty contacting Elon. Could you pass on the email below. Like Elon I think that Mr. Unsworth has skeletons in his cupboard.

Kind regards,
James Howard
CEO
Jupiter Military & Tactical Systems
+44 (0) 7917 401601
+44 (0) 7388 539104
info@jupiter-private.com

www.jupiter-private.com
<image001.jpg>

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Jupiter Private Office [mailto:info@jupiter-private.com]
**Sent:** 17 July 2018 16:03
**To:** 'ElonMuskOffice@TeslaMotors.com'
**Subject:** From James Howard - Vernon Unsworth - Past & Present

Dear Elon,
    You may wish to dig deep and look into Mr. Unsworth past to prepare for his defamation claim. No smoke without fire!
I can discreetly assist & have a team in Bangkok.

If you wish to engage please call me.

Rgds,

James Howard
CEO
Jupiter Military & Tactical Systems
+44 (0) 7917 401601
info@jupiter-private.com
www.jupiter-private.com
<image001.jpg>
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are

not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.



Virus-free. www.avast.com