**EXHIBIT 12**

From: Jupiter Private
Sent: Fri 8/17/2018 10:10 AM (GMT-07:00)
To: "James Brickhouse" <jbrickhouse11@gmail.com>
Cc:
Bcc:
Subject: Project Rowena

Jim, we are progressing. Early feedback on the target is there is indeed an unpleasant undertone to some of his lifestyle choices.

My lead investigator is meeting with a contact within the Chiang Rai police tomorrow (Saturday) evening local time to have an off he record beer.

Early conversations would indicate that he feels that any questions they may have had prior or post cave recovery would be suppressed as the Thai local and federal government are using the success to boost tourism and divert Thailand away from its historical sex tourist industry.

I will have more feedback and timelines for you over the weekend. There is no question that the target 'associates' locally with Europeans who enjoy 'Thai comforts' that are not acceptable in a developed society.

Evidence of this would not be difficult to obtain.

Kings regards,
James
CEO - Qatar & UAE
Jupiter Military & Tactical Systems
893, Doha Expy, Doha, Qatar
+44 (0) 7917 401601
info@jupiter-private.com
www.jupiter-private.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On 16 Aug 2018, at 22:23, James Brickhouse <jbrickhouse11@gmail.com> wrote:

Received, thank you. We just missed the cut-off for today, but will send it first thing tomorrow morning.

On Thu, Aug 16, 2018 at 12:17 PM, Jupiter Military & Tactical Systems <info@jupiter-private.com> wrote:

Jim,

Attached is the Invoice for **Project Rowena** which is our working title for the investigation.

Please let me know when payment has been made and I will call you tomorrow evening GMT to update you with further progress and allow provide you with some milestones and timings.

Any questions my phone is always with me 24/7

Rgds, James

Regards,

James
CEO - Qatar & UAE
Jupiter Military & Tactical Systems
Al Saad – Area 38
Street No. 893
Building No. 7
P.O. Box 22509
Doha, State of Qatar
+44 (0) 7917 401601
info@jupiter-private.com
www.jupiter-private.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager.
This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On 16 Aug 2018, at 01:33, James Brickhouse <jbrickhouse11@gmail.com> wrote:

Thanks, James. We've signed and attached the NDA.

We'd like to be able to do this for $20,000 dollars. Does that work for you?

Thank you,

Jim


On Wed, Aug 15, 2018 at 12:05 PM, Jupiter Military & Tactical Systems <info@jupiter-private.com> wrote:
Jim,
Attached is the NDA which should be from you to me if I am the contractor if that makes sense.

Investigations as I'm sure you will know can be time consuming and are event driven. I think I have a clear remit of what specifically you are looking for and the starting point would be in the UK and in Thailand.

The UK end it quite straight forward but if there are any skeletons in the cupboard they are more likely to be in Thailand which is where I will centre the investigation.

Typically I have always worked on a retainer with these types projects and I would prove this at two men for ten days at £900 GBP per day.

That would be £18,000 for a full background investigation which would look at lifestyle choices for the target known associations, discreet enquiries in the target's place of work and relaxation.

The target is unlikely to have a history of offending in the UK as this would already have come to the surface but I think like others that his motivations for residing in Thailand may unearth some unsavoury practises and relationships.

I can provide professional references if requested.

My career in short is 11 years in the UKSF and 2 years with the UK Security Services.

Over the past 15 years I spent 10 yrs working for Vulcan Inc (Paul Allen) running his maritime and European EP and for George Soros.

Please call if you have any questions at any time.



Kind regards

James
CEO - Qatar & UAE
Jupiter Military & Tactical Systems
Al Saad – Area 38

Street No. 893
Building No. 7
P.O. Box 22509
Doha, State of Qatar
+44 (0) 7917 401601
info@jupiter-private.com
www.jupiter-private.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On 15 Aug 2018, at 18:40, James Brickhouse <jbrickhouse11@gmail.com> wrote:

EXCESSION, LLC

On Wed, Aug 15, 2018 at 10:23 AM, Jupiter Private <info@jupiter-private.com> wrote:
Jim, can you send me the corporation name and contact info for the NDA.

Regards,
James
CEO -Qatar & UAE
Jupiter Military & Tactical Systems
893, Doha Expy, Doha, Qatar
+44 (0) 7917 401601
info@jupiter-private.com
www.jupiter-private.com
<image002.jpg>

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On 15 Aug 2018, at 18:18, James Brickhouse <jbrickhouse11@gmail.com> wrote:

James,

As discussed, please forward the NDA asap, as well as a cost estimate on what work like this might entail.

Thank you,

Jim

Please call my cell anytime: ▌

<One Way Non-Disclosure Agreement For Contractor.pdf>