# EXHIBIT 14

```
From:        Jupiter Military & Tactical Systems
Sent:        Thu 8/30/2018 11:04 AM (GMT-07:00)
To:          "Jim Brickhouse" <jbrickhouse11@gmail.com>
Cc:
Bcc:
Subject:     Rowena Report
Attachments: Project Rowena00001.pdf; image00200002.jpg
```

Jim,

    Attached a preliminary report of where we are and follow up actions.

I will write a seperate report on the media push.

I would like to send this from an encrypted address.

# Project ROWENA
## AUGUST 30th 2018

CLOSE HOLD

| | | |
|---|---|---|
| | Subjects Full Name | **Vernon Harry UNSWORTH** |
| | Date of Birth | ▮▮▮▮▮▮▮▮ |
| | Address in Thailand | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>**Thailand - VERIFIED** |
| | Address in United Kingdom | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>**AL3 5QG - VERIFIED** |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | **VERIFIED** |
| | Criminal Record Search | No civil or criminal charges have been recorded within the United Kingdom or Thailand |
| | Sex Offender Register | No Sex Offenders registrations recorded within the EU<br><br>EU Offender Search includes current and historical sex offender registration records from all EU member states this also includes List 99 and the Interpol register.<br><br>*Please note that the type of crimes that require registration vary by EU member state therefore not all individuals convicted of a sex crime in one EU member state may be included in another EU member state's registry.* |
| | Credit Check – Limited information was recorded at the address listed above. | No adverse records or outstanding judgements recorded at the UK address provided above. No indication of financial stress. |
| | Current location | Arrived back in the UK from Thailand on 29th August and is currently living with his Mother Vera Unsworth in Braintree, Essex. Approx. 55 miles from London. |
| | Income | Mr Unsworth is renting his house out in St. Albans for £875.00 GBP per calendar month. He lives rent free in Thailand as the home he shares with his wife is owned by his mother in-law. |

CLOSE HOLD

CLOSE HOLD

| | | |
|---|---|---|
| | | Mr Unsworth also works part-time in his mother in laws shop. |
| | Background | Mr Unsworth was educated Verulam School which is a state secondary school for boys with an academy status in St Albans, Hertfordshire. He spent his career in unregulated financial sales, most recently as a self-employed mortgage broker which he gave up in 2009 when the UK mortgage market became fully regulated.<br><br>He was a competitive motor cycle bike racer competing in two Ilse of Man TT's races in 1983 & 84'.<br><br>He has been a frequent visitor to Thailand since the 1980's. Prior to meeting his current wife we believe that Mr Unsworth was living in the Pattaya Beach which is a well-known tourist destination. Pattaya Beach is synonymous with prostitution and scam artists. We are in the process of verifying this information which was mentioned to the lead investigator by Mr Unsworth mother-in-law.<br><br>Mr Unsworth has been described to our investigation team by other UK volunteers attached to the Cave Rescue team as a 'Manther' slang for an older man with a taste for younger women.<br><br>It's a reasonable assumption in life that if you come across a mature man in a relationship with an obviously much younger women that this in itself is out of the ordinary behaviour. |
| | Thailand | Mr Unsworth spends on average ten months a year in Thailand maintaining a relatively low profile in his community. He was described to our investigators as friendly but quiet. He spends most of his day to day time working as an assistant in his mother-in-law's road side shop.<br><br>Mr Unsworth drives a Japanese 4X4 vehicle with a value of $1000 USD.<br><br>Mr Unsworth moved permanently to Thailand in the 2010. Prior to this he had been spending periods of up to six months at a time living and travelling in different parts of Thailand & travelling in South East Asia.<br><br>His living conditions are basic compared to the developed world but would be considered an above standard in this part of Northern Thailand. He has running clean water, sanitation, Wi-Fi and satellite TV. |

CLOSE HOLD

CLOSE HOLD

| | | |
|---|---|---|
| | | Mr Unsworth met his wife in 2008 in her role as a secretary to the Chief Executive of the local commune. She is a colloquial English speaker. Mr Unsworth wife was introduced to him by a mutual English friend.<br><br>After the initial introduction the Mr Unsworth then approached his now wife to enquire with her in seeking permission to map & explore local cave networks.<br><br>Mr Unsworth is 63 years old. His wife we believe is 30, (we will confirm this in the next 48hrs) which would have put her at 18/19 when they first met. The target would have been 52 yrs old at the time.<br><br>If this is the case that Mr Unsworth choose to live in Pattaya Beach before moving to Northern Thailand, then it would be a strong indicator as to his lifestyle interests. If we can establish that Mr Unsworth was a regular visitor to this part of Thailand which is not known for its extensive cave networks then this is something that may support the assumption that he is a "Sexpat"<br><br>The sexpat whore-mongers his way through the go-go bars of Thailand. His only other friends are his sexpat peers. Peek-density occurs in and around Pattaya – Thailand's sin city.<br><br>Interestingly our investigators in Thailand who have shared a beer with some of the UK & Dutch divers who also volunteered stated that Mr Unsworth was not a popular man or particularly liked man in the Cave Rescue Team. When pushed as to why, they simply replied "Creepy" |
| | Next Steps | **THAILAND**<br>The Thai investigation team will follow existing lines of enquiry specifically looking at the following questions:<br><br>Can we confirm that Mr Unsworth was a frequent visitor to Pattaya – This can be established by checking old visa applications that he would have made on entering Thailand. Mr Unsworth would have had to have a registered address, hotel or apartment. If he stayed with a friend, then who? Is that friend a known Sexpat? We are running these lines of enquires.<br><br>We are running an interview with his wife tomorrow and will be able to ask more searching questions about the relationship and specifically looking at her age when they met and how he courted her.<br><br>Vernon Unsworth is an unpopular loner which makes the investigation more difficult as we are always looking for friends to lead us into certain conversation topics.<br><br>**UK**<br>Mr Unsworth is a member of Verulam Golf Club www.verulamgolf.co.uk and he will be playing Golf there in the coming weeks. The investigation team will be looking to integrate itself with him either as part of a playing four ball or |

CLOSE HOLD

Exhibit E, Page 48

MUSK_000443

CLOSE HOLD

| | | in the clubhouse bar. This will be to establish how far along the legal route he has gone and what the strategy is. The Golf Club are planning to host an evening dinner in his honour.<br><br>*Unless instructed, we are not running mobile and foot surveillance on Mr Unsworth during his visit in the UK. |
|---|---|---|

| | Subjects Full Name | Voranun Radravipakkun (Nickname - Tik) wife on Vernon Unsworth. |
|---|---|---|
| | Date of Birth | To Be Verified |
| | Address in Thailand | ▇▇▇▇▇▇▇▇▇▇<br>Thailand - VERIFIED |
| | Current location | Currently in Chiang Rai returning to Huai Krai (home village) 31st September. |
| | Income | Tik is employed as a Secretary for the Chief Executive of the SAO at Huai Krai SOA, Maesai, Chiang Rai (Subdistrict Administration Organization) working address is 95 m.4 Baan Hong Hae, Huai Krai, Maesai, Chiang rai, 572200. Phone number; ▇▇▇▇▇<br>Her personal phone number cell is ▇▇▇▇▇ |
| | Background | Tik was born and raised in Chaing Rai and lives with Mr Unsworth in a house belonging to her mother. |

CLOSE HOLD

CLOSE HOLD

| Thailand | Tik is spoken about as someone who is popular in her village and well known as she is the only good English speaker in the commune of 12 villages. |
|---|---|
| Next Steps | **THAILAND**<br>The focus of the investigation with Tik is in establishing what age she was when she met with Mr Unsworth. This information should be confirmed by the Thai investigation team within the next 48hrs. |



CLOSE HOLD

CLOSE HOLD



CLOSE HOLD

