# EXHIBIT 18

| From: | Elon Musk |
|---|---|
| To: | ryan.mac@buzzfeed.com |
| Subject: | Fwd: Letters |
| Date: | Thursday, August 30, 2018 7:16:04 PM |
| Attachments: | Scannable Document on Aug 30, 2018 at 6_55_21 PM.pdf |
| | ATT00001.htm |

On background

Unsworth also said I was asked to leave by the Thai govt, which is utterly false. Thai Prime Minister thanked me personally per attached docs. I went all the way to area 3 with the Thai SEAL team, who were awesome. Never saw Unsworth at any point. Was told he was banned from the site.

It is also total bs that the mini-sub wouldn't fit through the caves. It was designed and built to specifications provided to me directly by Stanton and the actual dive team. The only reason it wasn't used was that they were able to drain almost all the water out of the caves, so the underwater portion was very short, and the monsoon arrived later than expected.

Those pumps were critical. Some of the Tesla team helped with electrical power, but major credit to whoever provided those pumps. They were amazing. I'm told they were from some company in India.

Begin forwarded message: